**Raymundo LIRA–NOGUERON; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–70695.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 29, 2009.

Joubin Nasseri, Nasseri Law Group, Los Angeles, CA, for Petitioners.

CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Sharon Michele Clay, Esquire, Trial, Richard M. Evans, Esquire, Assistant Director, Stacy Stiffel Paddack, DOJ—U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

Raymundo Lira–Nogueron and his wife Gloria Poa–Garcia, natives and citizens of Mexico, petition for review of the decision of the Board of Immigration Appeals denying, as untimely filed, their motion to reopen the underlying denial of their application for cancellation of removal.

Petitioners have waived any challenge to the BIA's order denying their motion to reopen by failing to raise any arguments related to the BIA's dispositive determination that the motion to reopen was untimely. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

